**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2013 OCT 11 PM 3: 43

CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | No. |
| § | |
| JOSEPH F. GRETH (01) § | |

### INFORMATION

The United States Attorney Charges:    4-13C-180-A

#### Count One
Possession of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct
(Violation of 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2))

On or about May 9, 2013, in the Fort Worth Division of the Northern District of Texas, defendant **Joseph F. Greth** knowingly possessed matter that contains any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce and which was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, including by computer, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

Specifically, **Greth** possessed a Sony compact disk containing the two following described video files visually depicting minors engaged in sexually explicit conduct and the lascivious exhibition of the genitals and pubic area of said minors, to include prepubescent minors, as defined in 18 U.S.C. § 2256:

**Information – Page 1**

| File name | Description of the file |
|---|---|
| Babyj(5Yo).avi | Video file depicting a nude prepubescent minor bent over to display her genital area and masturbating. The video later shows an adult male engaging in sexual intercourse with the minor. |
| 2010 Kelly 8yo – Sis10(Kgirl).mpg | Video file depicting a nude prepubescent female lying on a bed while an adult hand touches the minor's genital area |

In violation of 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2).

Forfeiture Notice
(18 U.S.C. § 2253)

Upon conviction of the offense alleged in Count One and pursuant to 18 U.S.C. § 2253(a), defendant **Greth** shall forfeit to the United States of America (a) any visual depiction described in 18 U.S.C. § 2252 and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in the respective offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the respective offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the respective offense and any property traceable to such property.

The above-referenced property subject to forfeiture from the defendant includes, but is not limited to, any interest of the defendant in the following:

1. One Compaq Presario laptop computer, SN CNF65012C9; and

2. One Sony compact disk containing videos and images of child pornography, seized from Greth's residence on May 9, 2013.

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*/s/ Aisha Saleem*
AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455
E-mail: Aisha.Saleem@usdoj.gov

**Information – Page 3**