ORIGINAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2013 OCT 16 PM 3:58

CLERK OF COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | 4:13-CR-180-A (1) |
| JOSEPH F. GRETH | § § | |

**NOTICE OF DESIGNATION OF CASE ASSIGNMENT**

Pursuant to Miscellaneous Order No. 3 (Revised June 20, 2000) ("Criminal Justice Act Plan"), § IV(b), the undersigned attorney has indicated by his signature that he is the staff attorney designated to work on this case.

Dated: 10/16/13

WILLIAM HERMESMEYER
Assistant Federal Public Defender
Northern District of Texas
Texas Bar No. 24044953
819 Taylor Street, Room 9A10
Fort Worth, Texas 76102
(817) 978-2753

**CERTIFICATE OF SERVICE**

I, William Hermesmeyer, hereby certify that on this the 16th day of October 2013, a copy of the foregoing notice was hand delivered to the United States Attorney's Office at 801 Cherry Street, Suite 1700, Fort Worth, TX 76102-6897.

WILLIAM HERMESMEYER