IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | NO. 4:13-CR-180-A |
| JOSEPH F. GRETH | § | |

O R D E R

The court ORDERS that the arraignment of the Information and proposed guilty plea hearing of defendant, **JOSEPH F. GRETH**, be, and is set for **10:30 a.m.** on **November 1, 2013**, before the undersigned district judge in the 4th Floor Courtroom of the United States Courthouse, Fort Worth, Texas.

The court further ORDERS that Joseph F. Greth, his attorney and the attorney of United States of America responsible for handling this action be present at such time, date and place.

SIGNED October 25, 2013.

_____
JOHN McBRYDE
United States District Judge